1  Scott D. Baker (SBN 84923)
   sbaker@reedsmith.com
2  James A. Daire (SBN 239637)
   jdaire@reedsmith.com
3  Paulo L. Sousa (SBN 288705)
   psousa@reedsmith.com
4  REED SMITH LLP
   101 Second Street, Suite 1800
5  San Francisco, CA  94105-3659
   Telephone: +1 415 543 8700
6  Facsimile:  +1 415 391 8269

7  Attorneys for Defendant
   Clear Channel Outdoor, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Alan Bartlett,<br><br>            Plaintiff,<br><br>   vs.<br><br>Clear Channel Outdoor INC.,<br><br>            Defendant. | Case No.: 3:13-cv-03359-WHO<br><br>**JOINT STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED ADR DEADLINES**<br><br>Compl. Filed:    June 14, 2013<br>                          (Alameda County<br>                          Superior Court, Case No.<br>                          RG13683777)<br><br>Honorable William H. Orrick, III |

**JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**

This Stipulation is made by and between Plaintiff Alan Bartlett ("Plaintiff") and Defendant Clear Channel Outdoor, Inc. ("Clear Channel" or "Defendant") (Plaintiff and Defendant are referred to as "the Parties") by and through their respective counsel of record.

**STIPULATION**

WHEREAS, the Court issued a Case Management Conference Order on July 31, 2013 (the "Order") (Dkt. #18);

WHEREAS, pursuant to the Case Management Conference date, September 25, 2013 is the last day for the parties to complete initial disclosures or state objections in the Rule 26(f) Report, file a Case Management Statement and file and serve a Rule 26(f) Report in the above-referenced matter;

WHEREAS, pursuant to the Order, a Case Management Conference in the above-referenced matter is presently scheduled for October 2, 2013;

WHEREAS, the Parties are pursuing court sponsored mediation, preferably in early November;

WHEREAS, the Parties agree it is in the interest of judicial economy to continue the case management conference to early November so as to be within a few days of the court sponsored mediation;

WHEREAS, this is the first time the parties have requested a continuance of the Case Management Conference and related ADR deadlines;

WHEREAS, the foregoing facts evidence good cause for the requested continuance.

THEREFORE, IT IS HEREBY STIPULATED:

The Parties stipulate that good cause exists to continue the case management conference to November 6, 2013, or as soon thereafter as is practicable for the Court, and all related ADR deadlines.

// //

// //

// //

DATED:  September 11, 2013

By  /s/ Alan Bartlett*
Alan Bartlett, *Pro Se* Plaintiff

DATED:  September 11, 2013     **REED SMITH LLP**

By  /s/ Paulo L. Sousa
Attorneys for Defendant
Clear Channel Outdoor, Inc.
Scott D. Baker (SBN 84923)
James A. Daire (SBN 239637)
Paulo L. Sousa (SBN 288705)

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Paulo L. Sousa hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

Pursuant to the above Stipulation of the parties, and good cause appearing thereon, this Court hereby orders that the Case Management Conference is continued from October 2, 2013 to _November 12_, 2013 at _2:00_ pm. All associated ADR deadlines are additionally continued.

It is so **ORDERED**.

DATED: _September 17_, 2013.

_____
Hon. William H. Orrick, III
United States District Court Chief Judge