UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BARTLETT,<br>　　　　Plaintiff,<br>　　v.<br>CLEAR CHANNEL OUTDOOR INC,<br>　　　　Defendant. | Case No. 13-cv-03359-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 54 |

Pursuant to Stipulation of Dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with prejudice**. The Clerk shall close the case.

Dated: November 27, 2013

_____
WILLIAM H. ORRICK
United States District Judge