UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BARTLETT,<br><br>    Plaintiff,<br><br>    v.<br><br>CLEAR CHANNEL OUTDOOR INC,<br><br>    Defendant. | Case No. 13-cv-03359-WHO<br><br>**ORDER REVOKING EXEMPTION FROM PAYMENT OF THE PACER USAGE FEE** |

On November 7, 2013, the Court granted plaintiff's motion for exemption from payment of PACER user fees. Plaintiff's case has subsequently been dismissed; and, as such, the exemption from fees is no longer necessary and is hereby revoked.

**IT IS SO ORDERED**.

Dated: May 13, 2014

_____
WILLIAM H. ORRICK
United States District Judge